Justice TODD and Justice McCAFFERY join this concurring statement.

**MICHAEL SKIBA,** Appellant

v.

**DEPARTMENT OF CORRECTIONS, Jeffrey A. Beard, Ph.D., Secretary,** Appellees.

Supreme Court of Pennsylvania.

April 22, 2008.

### *ORDER*

PER CURIAM.

**AND NOW,** this 22nd day of April, 2008, probable jurisdiction is noted; the order of the Commonwealth Court is **AFFIRMED.**

---

2. Appellant highlights the limited nature of such finding, as it is not specifically addressed to the broader challenge concerning the candidate's knowledge and good faith which Appellant presently asserts. However, it appears that such limitation was in light of the more limited content of Appellant's challenge as originally presented to the Commonwealth Court.